■ 1845-51 Seventh Avenue Tenants Association, Appellant-Respondent, v Peter Zimroth, as Corporation Counsel of the City of New York, Respondent-Appellant, and Gaetway 1845 Seventh Avenue Realty Corp. et al., Respondents.— Upon stipulation of the parties dated December 1, 1988, the order and judgment (one paper), Supreme Court, New York County (Irving Kirschenbaum, J.), entered on April 26, 1988, is unanimously affirmed, without costs and without disbursements. No opinion. Concur—Ross, J. P., Asch, Rosenberger, Ellerin and Wallach, JJ.